DANIEL N. KATIBAH (293251)
  dkatibah@nkllp.law
MELISSA A. WURSTER (198899)
  mwurster@nkllp.law
NIELSEN KATIBAH LLP
100 Smith Ranch Road, Suite 350
San Rafael, California 94903
Telephone:  (415) 693-0900
Facsimile:   (415) 693-9674

Attorneys for Plaintiff
AMTRUST INTERNATIONAL UNDERWRITERS DESIGNATED ACTIVITY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMTRUST INTERNATIONAL UNDERWRITERS DESIGNATED ACTIVITY COMPANY, an Irish corporation,<br>　　　　Plaintiff,<br>　v.<br>RUSS KONDZOLKA, individually and doing business as LE MART FLOORING; KRISTINA WILEY, an individual; and JOHN DE ROSA, an individual,<br>　　　　Defendants. | Case No.: 2:20-cv-01459-TLN-KJN<br><br>**NOTICE OF SETTLEMENT**<br><br>Hon. Troy L. Nunley |

On behalf of all parties, plaintiff AmTrust International Underwriters Designated Activity Company notifies the Court that, as of today, the parties have agreed on terms that will entirely settle both this litigation and the underlying lawsuit captioned *Wiley, et al. v. The Floor Konnection, Inc., et al.*, Sacramento Superior Court No. 34-2019-00267887.  The parties anticipate their settlement agreement will be fully executed

shortly.  Once the agreement is fully executed and the *Wiley* suit is dismissed, the parties here anticipate promptly filing a stipulation for dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

In light of the pending settlement, AmTrust requests that the Court remove AmTrust's motion for judgment on the pleadings (ECF No. 16) from the calendar.

Respectfully submitted,

NIELSEN KATIBAH LLP

February 8, 2021

By: /s/ *Daniel N. Katibah*
Daniel N. Katibah
Attorneys for Plaintiff AmTrust Int'l Underwriters DAC