Daniel N. Katibah (293251)
 dkatibah@nkllp.law
Melissa A. Wurster (198899)
 mwurster@nkllp.law
Nielsen Katibah LLP
100 Smith Ranch Road, Suite 350
San Rafael, California 94903
Telephone:  (415) 693-0900
Facsimile:  (415) 693-9674

Attorneys for Plaintiff
AMTRUST INTERNATIONAL UNDERWRITERS DESIGNATED ACTIVITY COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMTRUST INTERNATIONAL UNDERWRITERS DESIGNATED ACTIVITY COMPANY, an Irish corporation,<br>      Plaintiff,<br><br>   v.<br><br>RUSS KONDZOLKA, individually and doing business as LE MART FLOORING; KRISTINA WILEY, an individual; and JOHN DE ROSA, an individual,<br>      Defendants. | Case No.: 2:20-cv-01459-TLN-KJN<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Hon. Troy L. Nunley |

Under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff AmTrust International Underwriters Designated Activity Company, defendant Kristina Wiley, defendant John De Rosa, and defendant Russ Kondzolka hereby stipulate and agree to the dismissal, with prejudice, of every claim asserted in this lawsuit.  It is hereby further stipulated that each party will bear its own fees and costs, including

attorneys fees.

                                                 Respectfully submitted,

February 26, 2021                    NIELSEN KATIBAH LLP

                                                 By: /s/ *Daniel N. Katibah*
                                                 Daniel N. Katibah
                                                 Attorneys for Plaintiff AmTrust Int'l
                                                 Underwriters DAC

February 26, 2021                    MURPHY CAMPBELL ALLISTON QUINN APLC

                                                 By: /s/ *Alan W. Foutz* (authorized 2/25/21)
                                                 Alan W. Foutz
                                                 Attorneys for Defendant Russ Kondzolka

February 26, 2021                    DREYER BABICH BUCCOLA WOOD CAMPORA LLP

                                                 By: /s/ *Andrea R. Crowl* (authorized 2/26/21)
                                                 Andrea R. Crowl
                                                 Attorneys for Defendants Kristina Wiley &
                                                 John De Rosa